**United States District Court**
**Western District of Kentucky**

**MEMORANDUM**



**To:**  Eric Lloyd Hermansen
       #126673
       Kentucky State Penitentiary
       266 Water Street
       Eddyville, KY 42038

**From:** Clerk's Office

**Date:** January 10, 2014

**Re:**  **Recent letters in *Hermansen v. Thompson*, 5:13-CV-P67-R**

_____

       This Office is in receipt of your recent letters in the above-captioned case regarding service on Defendant Tim White.  Enclosed is a copy of the docket sheet in your case.

Enclosure: docket sheet
009